UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

**DENISE MOORE,**

       **Plaintiff,**

v.

**MENTOR WORDLWIDE LLC, et al.,**

       **Defendants.**

Case No. 20-2020

### REPORT AND RECOMMENDATION

    In December 2018, Plaintiff filed her Complaint against Defendants in the Superior Court of the State of California. Defendants removed the case to the United States District Court for the Central District of California on May 16, 2019. The case was transferred to the Central District on January 28, 2020. Since that time, Plaintiff has repeatedly failed to meet deadlines and appear for hearings as detailed below.

    On April 20, 2020, the parties failed to file an agreed discovery schedule as required by the Court. On July 24, 2020, attorney Nick Farnolo appeared for Plaintiff, even though he had not entered an appearance and was not admitted into this district. The Court directed Mr. Farnolo to complete the admissions process by August 24, 2020. Mr. Farnolo failed to complete the admission process on time, even after the court sua sponte extended the deadline by seven days. No attorney appeared for Plaintiff at the scheduled January 11, 2021 status conference.

    The Court set this matter for another status conference on January 25, 2021, directing Mr. Farnolo to file an entry of appearance and complete the admission process prior to January 25, 2021. Yet again, no counsel appeared for Plaintiff at the January 25, 2021 status conference. The Court issued an order directing Plaintiff to show cause by February 1, 2021, why this case should not be dismissed for want of prosecution. The Court noted, "Failure to respond to this order will result in dismissal of the case." Plaintiff failed to respond.

    **Accordingly, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that

any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 18th day of February, 2021.

s/ ERIC I. LONG<br>UNITED STATES MAGISTRATE JUDGE